

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00354-CV

| | | |
|---|---|---|
| Tarrant Regional Water District | § | From the 153rd District Court |
| | § | of Tarrant County (153-264899-13) |
| v. | § | November 26, 2014 |
| | § | Opinion by Justice Meier |
| Monty Bennett | § | Dissent by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's order denying Tarrant Regional Water District's plea to the jurisdiction is reversed and we render a judgment dismissing Appellee Monty Bennett's claims against Appellant Tarrant Regional Water District for lack of jurisdiction.

It is further ordered that Appellee Monte Bennett shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
      Justice Bill Meier